1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ERNEST MILLER,                                   No. 2:06-cv-2198-MCE-CMK-P

12

            Plaintiff,

13

      v.                                                    ORDER

14

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

15

            Defendants.

16

_____/

17

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18

under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19

28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20

        On November 16, 2006, the magistrate judge filed findings and recommendations herein

21

which were served on plaintiff and which contained notice to plaintiff that any objections to the

22

findings and recommendations were to be filed within twenty days.  Plaintiff has filed not filed

23

objections to the findings and recommendations.

24

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

25

this court has conducted a de novo review of this case.

26

///

1

1  Having carefully reviewed the entire file, the court finds the findings and recommendations to be

2  supported by the record and by proper analysis.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  The findings and recommendations filed November 16, 2006, are adopted in full; and

5        2.  This action is dismissed without for plaintiff's failure to comply with court orders and

6  failure to either pay the appropriate fee or file a request to proceed in forma pauperis.

7   Dated:  March 8, 2007

8

9                                        MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26