1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MILLER,

11          Plaintiff,                    No. CIV S-06-2198 MCE CMK P

12      vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,

14
            Defendants.                   ORDER
15   _____/

16          On March 26, 2007, plaintiff filed an amended complaint, an application to

17   proceed in forma pauperis, and a letter.  This civil rights action was closed on March 8, 2007.

18   Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and

19   no orders will issue in response to future filings.

20

21   DATED:   March 29, 2007.

22

23                                        _____
                                          CRAIG M. KELLISON
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

/bb

1    mill 06cv2198.58

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26